IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00529-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JEREMY CHUMLEY,

    Defendant.

---

**ORDER**

---

    Pursuant to and in accordance with the supervised release hearing held before the Honorable Robert E. Blackburn, United States District Judge, on December 7, 2012,

    **IT IS ORDERED** that defendant Jeremy Chumley is sentenced to **time served**.

    Dated: December 7, 2012

                                      BY THE COURT:

                                      s/ Robert E. Blackburn
                                      ROBERT E. BLACKBURN,
                                      UNITED STATES DISTRICT JUDGE